155 So.2d 604

**Bernard S. LEE**

v.

**STATE.**

**3 Div. 45.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Bernard S. Lee for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Lee v. State, 155 So.2d 604.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

155 So.2d 604

**John David McGUIRE**

v.

**STATE.**

**3 Div. 46.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of John David McGuire for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McGuire v. State, 155 So.2d 604.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

151 So.2d 761

**Terry Dennis MITCHELL**

v.

**STATE.**

**5 Div. 760.**

Supreme Court of Alabama.

April 4, 1963.

Brown & McMillan, Opelika, for petitioner.

Richmond M. Flowers, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Terry Dennis Mitchell for certiorari to the Court of Appeals to review and revise the judgment and decision in Mitchell v. State, Ala.App., 151 So.2d 752.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.